UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MBE CAPITAL PARTNERS, LLC,

                Plaintiff,

              - against -

AVPOL INTERNATIONAL, LLC, d/b/a AIL LOGISTICS SOLUTIONS, SANDRA K. WALLS, EMERALD TRANSFORMER CORPORATION, KIEWIT POWER CONSTRUCTORS CO., BODINE ALUMINUM, INC., UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION and UNITED STATES ARMY CORPS OF ENGINERS, NASHVILLE and MEMPHIS DISTRICTS,

                Defendants.

**ORDER**

17 Civ. 5992 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action previously scheduled for November 19, 2020 at 10:00 a.m. will now take place on November 19, 2020 at **10:30 a.m.** by telephone.

        The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. By **November 17, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court

knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
       November 16, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge